IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

MOMOLU V.S. SIRLEAF, JR.,

    Plaintiff,

v.                                               Civil Action No. 3:18CV583

CORRECTIONAL OFFICER SCOTT,

    Defendant.

## MEMORANDUM OPINION

By Memorandum Order entered on October 24, 2018, the Court directed Plaintiff to pay an initial partial filing fee of $9.73 or state under penalty of perjury that he did not have sufficient assets to pay such a fee within eleven (11) days of the date of entry thereof. *See* 28 U.S.C. § 1915(b)(1). Plaintiff has neither paid the initial partial filing fee nor averred that he cannot pay such a fee. Therefore, Plaintiff is not entitled to proceed *in forma pauperis*. Plaintiff's disregard of the Court's directives warrants dismissal of the action. Accordingly, the action will be DISMISSED WITHOUT PREJUDICE.

An appropriate Order shall issue.

                                                      M. Hannah Lauck
                                                      United States District Judge

Date: DEC 1 7 2018
Richmond, Virginia