IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

PRIEST MOMOLU V.S. SIRLEAF,

    Plaintiff,

v.                                                      Civil Action No. **3:18CV583**

CORRECTIONAL OFFICER SCOTT,

    Defendant.

## MEMORANDUM OPINION

Plaintiff, a Virginia prisoner proceeding *pro se* filed this action. The matter is before the Court on Plaintiff's failure to serve Defendant Scott within the time required by Federal Rule of Civil Procedure 4(m). Pursuant to Federal Rule of Civil Procedure 4(m), Plaintiff had 90 days from the filing of the complaint to serve the defendants. Here, that period commenced on June 29, 2020. By Memorandum Order entered on December 11, 2020, the Court directed Plaintiff, within eleven (11) days of the date of entry thereof, to show good cause for his failure to serve Defendant Scott within the time required by Rule 4(m). Plaintiff has not responded. Accordingly, the action will be DISMISSED WITHOUT PREJUDICE.

An appropriate Order shall issue.

                                                                       /s/
                                                    M. Hannah Lauck
                                                    United States District Judge

Date: Jan. 8, 2021
Richmond, Virginia